```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/26/2022___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LCS Group, LLC,

                Plaintiff,

-against-

Shire LLC, Shire Development LLC, Shire PLC, Haug Partners LLP, and Baker Hostetler LLP,

                Defendants.

18 Civ. 2688 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      In light of the Second Circuit's summary order dismissing Plaintiff's appeal of this Court's dismissal of Plaintiff's amended complaint, and affirming this Court's judgment imposing sanctions and ordering payment of attorneys' fees, *see* Decision, *LCS Grp. LLC v. Lobbin*, Nos. 20-2319, 20-2587 (2d Cir. Apr. 26, 2022), Defendants' motion for an appeal bond under Rule 7 of the Federal Rules of Appellate Procedure is DENIED as moot. The Clerk of Court is directed to terminate the motion pending at ECF No. 126.

      SO ORDERED.

Dated: April 26, 2022
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge