USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/15/2022

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LCS GROUP LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-2688-AT-SDA |
| | ) | |
| SHIRE LLC, | ) | |
| SHIRE DEVELOPMENT LLC, | ) | |
| SHIRE PLC, and | ) | |
| HAUG PARTNERS LLP, | ) | |
| | ) | |
| Defendants. | | |

## **JUDGMENT**

This <u>15th</u> day of August 2022, IT IS HEREBY ORDERED and JUDGMENT IS

ENTERED that:

1.     In accordance with this Court's March 8, 2019 Order (ECF No. 75); this

Court's March 11, 2019 Judgment (ECF No. 76); Magistrate Judge Aaron's May 29, 2019 Opinion

and Order (ECF No. 92 at 16); this Court's June 22, 2020 Order (ECF No. 119 at 10); and the

Second Circuit's Mandate (ECF No. 136); IT IS HEREBY ORDERED that LCS Group LLC,

Stephen M. Lobbin, and Foundation Law Group LLP; jointly and severally, shall pay $133,803.75

in attorney fees to Defendants Shire LLC, Shire Development LLC, Shire plc, and Haug Partners

LLP (collectively "Defendants").

2.     In accordance with the Statement of Costs from the United States Court of

Appeals for the Second Circuit (ECF No. 137), IT IS FURTHER ORDERED that costs are taxed

in the amount of $292.80 in favor of Defendants and against LCS Group LLC, Stephen M. Lobbin,

and Foundation Law Group LLP.

3.      Therefore, in accordance with Paragraphs 1 and 2 above IT IS HEREBY ORDERED that LCS Group, LLC, Stephen Lobbin, and Foundation Law Group LLP; shall pay a total of $134,096.55 to Defendants.


So ORDERED and SIGNED on this 15_ day of August 2022.


_____
United States District Judge

2